In the United States District Court

for the _____ District of _New Jersey_

United States of America

v.

_Phil Wong_

**JUDGE CASTEL**

Criminal No. 07-611 (DMC)

**08 CRM 502**

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, _PHIL WONG_, defendant, have been informed that a _indictment_ (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead _guilty_ (*guilty, nolo contendere*) to the offense charged, to consent to the disposition of the case in the _Southern_ District of _New York_ in which I _am held_ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: _May 9, 2008_, 19___ at _____

_____ (Defendant)

_____ (Witness)

_HUGH MUNDY_ (Counsel for Defendant)

Approved

_Christopher J. Christie_ by _SDD Feld_   _Michael J. Garcia_ by _Steve Feld_
United States Attorney for the            United States Attorney for the
District of _New Jersey_                   _Southern_ District of _New York_

JUN 04 2008