UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA,

        -against-

PHILIP WONG,

           Defendant.

----------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-08

08 CR 502 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

      Upon the application of the government, consented to by defense counsel, the time is excluded for purposes of the Speedy Trial Act from June 4, 2008 until July 2, 2008. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to permit the government and the defense time to consider the possibility of a disposition before trial and to permit consideration of possible reassignment to Judge McMahon as related to United States v. Wong, 07 Cr. 1148 (CM). Accordingly, the time between today and July 2, 2008 is excluded.

      SO ORDERED.

                              P. Kevin Castel
                         United States District Judge

Dated: New York, New York
       June 10, 2008